UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MERTON D. SIMPSON, et al.,

                Plaintiffs,

   -v-                                              1:04-CV-1182

NEW YORK STATE DEPARTMENT OF CIVIL
SERVICE, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## O R D E R

       Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on July 8, 2005, in Utica, New York, it is hereby

       ORDERED that

       1.  Plaintiffs' motion for class certification is granted;

       2.  Plaintiffs must file and serve a proposed order on or before July 20, 2005; and

       3.  Defendants may respond on or before July 29, 2005.

       IT IS SO ORDERED.

                                                                  United States District Judge

Dated:  July 8, 2005
        Utica, New York.