Outtz & Associates
816 Connecticut Avenue, N.W.
Suite 800
Washington DC, 20006

Phone 202 - 822-3882
Fax 202-822-3884
jlouttz@aol.com

## Invoice for Professional Services
### January 31, 2008

To: Gary, Williams, Finney, Lewis, Watson & Sperando

RE: Expert Services in the Case of:
Merton Simpson et al. v. NYS Department of Civil Service
Case No. 04-CV-1182

Rate: $425/Hour

| Date | Hours | Description |
|---|---|---|
| 1-14-08 | 6.5 Hours | Examined the deposition transcripts Patricia Hite and Ray Mullin and exhibits. |
| 1-15-08 | 6.5 Hours | Examined the deposition transcript of Ray Mullin and exhibits. |
| 1-16-08 | 6.5 Hours | Examined deposition transcript of James Beninati |
| 1-24-08 | 6.5 Hours | Examined deposition transcript of Paul Kaiser |
| 1-25-08 | 6.5 Hours | Examined the deposition transcripts of Paul Kaiser and |
| 1-26-08 | 7.5 Hours | Examined deposition transcript of George Sinnott |
| 1-28-08 | 11.5 Hours | Examined the deposition transcript of Jerry Durovic and documents related to the administration on results of the Promotion Battery; prepared expert's report. |
| 1-29-08 | 11.5 Hours | Reviewed documents and prepared expert's report. |
| 1-30-08 | 11.5 Hours | Examined the deposition transcript of Elizabeth Kaido; prepared expert's report |

DEFENDANT'S EXHIBIT 7 8/11/08 SM

| | | |
|---|---|---|
| Total Hours | 74.50@ $425/Hour | $31,662.50 |
| Amount Due | | $31.662.50 |

_____  Date: _____