Outtz & Associates
816 Connecticut Avenue, N.W.
Suite 800
Washington DC, 20006

Phone 202 - 822-3882
Fax 202-822-3884
jlouttz@aol.com

## Invoice for Professional Services

June 4, 2008

To: Gary, Williams, Finney, Lewis, Watson & Sperando

RE: Expert Services in the Case of:
Merton Simpson et al. v. NYS Department of Civil Service
Case No. 04-CV-1182

Rate: $425/Hour

| Date | Hours | Description |
|---|---|---|
| 5-5-08 | 4.0 Hours | Examined documents identified by Defendant's experts in connection with their expert report. |
| 5-7-08 | 6.0 Hours | Examined documents identified by Defendant's experts in connection with their expert report. |
| 5-8-08 | 6.0 Hours | Examined data provided by Defendant's experts in connection with their expert report. |
| 5-12-08 | 6.0 Hours | Reviewed components of promotion examinations administered by DSC between 1996 and 2001. |
| 5-13-08 | 6.0 Hours | Reviewed components of promotion examinations administered by DSC between 1996 and 2001. |
| 5-15-08 | 8.0 Hours | Examined documents provided by Defendant in connection with expert report. |


DEFENDANT'S EXHIBIT
8
8/11/08 SA

| | | |
|---|---|---|
| 5-20-08 | 6.0 Hours | Analyzed data provided by Defendant regarding the validity of the Promotion Test Battery. |
| 5-21-08 | 7.0 Hours | Analyzed data provided by Defendant regarding the validity of the Promotion Test Battery. |
| 5-22-08 | 6.0 Hours | Analyzed data provided by Defendant regarding the validity of the Promotion Test Battery. |
| 5-23-08 | 6.0 Hours | Analyzed data provided by Defendant regarding the validity of the Promotion Test Battery. |
| 5-26-08 | 10.0 Hours | Prepared written report. |
| 5-27-08 | 9.0 Hours | Prepared written report. |
| 5-28-08 | 8.0 Hours | Prepared written report. |

Total Hours          94.00@ $425/Hour        $39,950.00

Amount Due                                          $39.950.00

_____        Date: _____